UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22134-CIV-MIDDLEBROOKS

ROTHSCHILD DIGITAL MEDIA
INNOVATIONS, LLC,

     Plaintiff,

v.

SONY COMPUTER ENTERTAINMENT
AMERICA, LLC,

     Defendant.
_____/

**PLAINTIFF/COUNTER-DEFENDANT
ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC'S
ANSWER TO DEFENDANT/COUNTER-PLAINTIFF
SONY COMPUTER ENTERTAINMENT AMERICA, LLC'S COUNTERCLAIMS**

     Plaintiff/Counter-Defendant Rothschild Digital Media Innovations, LLC ("Rothschild") hereby answers the counterclaims filed by Defendant/Counter-Plaintiff Sony Computer Entertainment America, LLC ("SCEA") (D.E. 6) and states as follows:

     1.    Rothschild admits that paragraph 1 of the counterclaims purports to raise claims for declaratory relief regarding U.S. Patent No. 6,101,534, but Rothschild denies that SCEA is entitled to any such relief.

     2.    Rothschild admits the allegations of paragraph 2 of the counterclaims.

     3.    Rothschild admits the allegations of paragraph 3 of the counterclaims.

     4.    Rothschild admits the allegations of paragraph 4 of the counterclaims.

     5.    Rothschild admits the allegations of paragraph 5 of the counterclaims.

     6.    Rothschild admits the allegations of paragraph 6 of the counterclaims.

     7.    Rothschild admits the allegations of paragraph 7 of the counterclaims.

## COUNT I – DECLARATORY JUDGMENT OF NON-INFRINGEMENT

8. Rothschild repeats and realleges each and all of his responses to the allegations contained in paragraphs 1-7 above as though fully set forth herein.

9. Rothschild denies the allegations of paragraph 9 of the counterclaims.

10. Rothschild denies the allegations of paragraph 10 of the counterclaims.

## COUNT II – DECLARATORY JUDGMENT OF INVALIDITY AND/OR UNENFORCEABILITY

11. Rothschild repeats and realleges each and all of his responses to the allegations contained in paragraphs 1-7 above as though fully set forth herein Test

12. Rothschild denies the allegations of paragraph 12 of the counterclaims.

13. Rothschild denies the allegations of paragraph 13 of the counterclaims.

## SCEA'S PRAYER FOR RELIEF AND DEMAND FOR JURY TRIAL

14. SCEA's Prayer for Relief and Demand for Jury Trial do not contain any allegations to which a response is required, but to the extent a response is required, Rothschild denies the same.

15. To the extent that any allegation contained in the counterclaims has not been specifically admitted herein (or for which no response is required), it is denied.

Date: July 24, 2014                                             Respectfully submitted,

                                                                */s/ Ernesto M. Rubi*_____
                                                                John C. Carey
                                                                Florida Bar No. 78379
                                                                *jcarey@careyrodriguez.com*
                                                                Ernesto M. Rubi
                                                                Florida Bar No. 92014
                                                                *erubi@careyrodriguez.com*
                                                                CAREY RODRIGUEZ
                                                                O'KEEFE MILIAN GONYA, LLP
                                                                1395 Brickell Avenue, Suite 700
                                                                Miami, Florida 33131
                                                                Telephone: 305.372.7474
                                                                Facsimile: 305.372.7475

                                                                *Counsel for Rothschild*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2014, I electronically filed the foregoing document with the clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                */s/ Ernesto M. Rubi*_____

3

**SERVICE LIST**

*Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America, LLC*
Case No. 14-22134-CIV-MIDDLEBROOKS
United States District Court - Southern District of Florida

Jeremy T. Elman (Florida Bar No. 37448)
*jeremy.elman@dlapiper.com*
DLA Piper LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Telephone: 305.423.8514
Facsimile: 305.503.7551

Gregory P. Sitrick (*pro hac vice*)
*gregory.sitrick@quarles.com*
Quarles & Brady, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004
Telephone: 602.229.5317

David R. Cross (*pro hac vice)*
*david.cross@quarles.com*
Quarles & Brady LLP
411 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414.277.5669

Christopher J. Fahy (*pro hac vice*)
*christopher.fahy@quarles.com*
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654
Telephone: 312.715.5000

Nikia L. Gray (*pro hac vice*)
*nikia.gray@quarles.com*
Quarles & Brady LLP
One South Church Avenue, Suite 1700
Tucson, Arizona 85701
Telephone: 520.770.8700

*Counsel for SCEA*