# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:14–cv–22134–DMM

| | |
|---|---|
| Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC<br>Assigned to: Judge Donald M. Middlebrooks<br>Cause: 35:0271 Patent Infringement | Date Filed: 06/09/2014<br>Date Terminated: 08/28/2014<br>Jury Demand: Defendant<br>Nature of Suit: 830 Patent<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Rothschild Digital Media Innovations, LLC** | represented by | **Ernesto Miguel Rubi**<br>Carey Rodriguez Greenberg O'Keefe<br>1395 Brickell Avenue<br>Suite 700<br>Miami, FL 33131<br>305–372–7474<br>Fax: 305–372–7475<br>Email: erubi@careyrodriguez.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John C. Carey**<br>Carey Rodriguez Greenberg O'Keefe LLP<br>1395 Brickell Avenue<br>Suite 700<br>Miami, FL 33131<br>305–372–7474<br>Fax: 372–7475<br>Email: jcarey@careyrodriguez.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Sony Computer Entertainment America LLC** | represented by | **Christopher J. Fahy**<br>Quarles &Brady LLP<br>300 N LaSalle Street<br>Suite 4000<br>Chicago, IL 60654<br>312–715–5000<br>Fax: 312–715–5155<br>Email: christopher.fahy@quarles.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **David R. Cross**<br>Quarles &Brady LLP<br>411 E Wisconsin Avenue<br>Suite 2350 |

Milwaukee, WI 53202
414–277–5000
Fax: 414–271–3552
Email: david.cross@quarles.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory P. Sitrick**
Quarles &Brady, LLP
One Renaissance Square
Phoenix, AZ 85004
602–229–5200
Email: gregory.sitrick@quarles.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nikia L. Gray**
Quarles &Brady, LLP
One South Church Avenue
Suite 1700
Tucson, AZ 85701
520–770–8700
Email: nikia.gray@quarles.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Todd Elman**
DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
305–423–8514
Fax: 305–503–7551
Email: jeremy.elman@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Sony Computer Entertainment America LLC** | represented by | **Christopher J. Fahy** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **David R. Cross** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Gregory P. Sitrick** (See above for address) |

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nikia L. Gray**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Todd Elman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Rothschild Digital Media Innovations, LLC**   represented by   **Ernesto Miguel Rubi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2014 | Ï 1 | COMPLAINT against Sony Computer Entertainment America LLC. Filing fees $ 400.00 receipt number 113C–6811297, filed by Rothschild Digital Media Innovations, LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s), # 3 Exhibit A)(Carey, John) (Entered: 06/09/2014) |
| 06/09/2014 | Ï 2 | Judge Assignment to Judge Kathleen M. Williams (cbr) (Entered: 06/10/2014) |
| 06/10/2014 | Ï 3 | Summons Issued as to Sony Computer Entertainment America LLC. (cbr) (Entered: 06/10/2014) |
| 06/10/2014 | Ï 4 | FORM AO 120 SENT TO DIRECTOR OF U.S. PATENT AND TRADEMARK (cbr) (Entered: 06/10/2014) |
| 06/10/2014 | Ï 5 | Order Transferring Case Pursuant to Administrative Order 2011–53. This matter is hereby reassigned to the calendar of United States District Judge Donald M. Middlebrooks for all further proceedings, Judge Kathleen M. Williams no longer assigned to case. Signed by Judge Kathleen M. Williams on 6/10/2014. (tpe) (Entered: 06/10/2014) |
| 07/03/2014 | Ï 6 | ANSWER and Affirmative Defenses to Complaint with Jury Demand , COUNTERCLAIM against Rothschild Digital Media Innovations, LLC by Sony Computer Entertainment America LLC. Attorney Jeremy Todd Elman added to party Sony Computer Entertainment America LLC(pty:dft). (Elman, Jeremy) (Entered: 07/03/2014) |
| 07/03/2014 | Ï 7 | Certificate of Interested Parties and Corporate Disclosure Statement by Sony Computer Entertainment America LLC (Elman, Jeremy) Modified text on 7/3/2014 (yar). (Entered: 07/03/2014) |
| 07/03/2014 | Ï 8 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically |

| | | |
|---|---|---|
| | | Receive Notices of Electronic Filing for Christopher J. Fahy. Filing Fee $ 75. Receipt # 93122. (cw) (Entered: 07/03/2014) |
| 07/03/2014 | 9 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for David R. Cross. Filing Fee $ 75. Receipt # 93123. (cw) (Entered: 07/03/2014) |
| 07/03/2014 | 10 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Nikia L. Gray. Filing Fee $ 75. Receipt # 93124. (cw) (Entered: 07/03/2014) |
| 07/07/2014 | 11 | ORDER granting 8 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing ; granting 9 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing ; granting 10 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Donald M. Middlebrooks (jfn) (Entered: 07/07/2014) |
| 07/09/2014 | 12 | ORDER SETTING TRIAL DATE AND SCHEDULING CONFERENCE: Scheduling Conference set for 7/24/2014 01:30 PM before Judge Donald M. Middlebrooks. Jury Trial set for 4/20/2015 09:00 AM in West Palm Beach Division before Judge Donald M. Middlebrooks. Calendar Call set for 4/15/2015 01:15 PM before Judge Donald M. Middlebrooks. Signed by Judge Donald M. Middlebrooks on 7/9/2014. (yha) (Entered: 07/09/2014) |
| 07/11/2014 | 13 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Gregory P. Sitrick. Filing Fee $ 75.00. Receipt # 3135. (ksa) (Entered: 07/14/2014) |
| 07/15/2014 | 14 | ORDER granting 13 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Donald M. Middlebrooks on 7/15/2014. (jfn) (Entered: 07/15/2014) |
| 07/16/2014 | 15 | MOTION to Change Venue by Sony Computer Entertainment America LLC. Responses due by 8/4/2014 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Elman, Jeremy) (Entered: 07/16/2014) |
| 07/23/2014 | 16 | SCHEDULING REPORT – **Rule 16.1** by Rothschild Digital Media Innovations, LLC (Attachments: # 1 Exhibit A – Plaintiff's Proposed Scheduling Order, # 2 Exhibit B – Defendant's Proposed Scheduling Order)(Rubi, Ernesto) (Entered: 07/23/2014) |
| 07/24/2014 | 17 | Minute Entry for proceedings held before Judge Donald M. Middlebrooks: Scheduling Conference held on 7/24/2014. Counsel for parties present. Order to Follow. Court Reporter: Karl Shires, 561–514–3728 / Karl_Shires@flsd.uscourts.gov (gm1) (Entered: 07/24/2014) |
| 07/24/2014 | 18 | *Plaintiff/Counter–Defendant's* ANSWER to Counterclaim by Rothschild Digital Media Innovations, LLC. (Rubi, Ernesto) (Entered: 07/24/2014) |
| 07/25/2014 | 19 | PRETRIAL SCHEDULING ORDER: Jury Trial set for 7/13/2015 before Judge Donald M. Middlebrooks. Calendar Call set for 7/8/2015 01:15 PM before Judge Donald M. Middlebrooks. Amended Pleadings due by 8/15/2014. Discovery due by 5/8/2015. Joinder of Parties due by 8/15/2014. Dispositive Motions due by 5/15/2015. Pretrial Stipulation due by 6/19/2015. In Limine Motions due by 6/19/2015., Markman Hearing set for 11/14/2014 01:15 PM before Judge Donald M. Middlebrooks. Signed by Judge Donald M. Middlebrooks on 7/24/2014. (cbr) (Entered: 07/25/2014) |
| 08/04/2014 | 20 | RESPONSE in Opposition re 15 MOTION to Change Venue filed by Rothschild Digital Media Innovations, LLC. (Attachments: # 1 Affidavit Declaration of Leigh M. Rothschild, # 2 Affidavit |

| | | |
|---|---|---|
| | | Declaration of Ernesto M. Rubi, # 3 Exhibit A to the Declaration of Ernesto M. Rubi, # 4 Exhibit B to the Declaration of Ernesto M. Rubi, # 5 Exhibit C to the Declaration of Ernesto M. Rubi, # 6 Exhibit D to the Declaration of Ernesto M. Rubi, # 7 Exhibit E to the Declaration of Ernesto M. Rubi, # 8 Exhibit F to the Declaration of Ernesto M. Rubi, # 9 Exhibit G to the Declaration of Ernesto M. Rubi, # 10 Exhibit H to the Declaration of Ernesto M. Rubi, # 11 Exhibit I to the Declaration of Ernesto M. Rubi, # 12 Exhibit J to the Declaration of Ernesto M. Rubi, # 13 Exhibit K to the Declaration of Ernesto M. Rubi)(Rubi, Ernesto) (Entered: 08/04/2014) |
| 08/14/2014 | Ï 21 | REPLY to Response to Motion re 15 MOTION to Change Venue filed by Sony Computer Entertainment America LLC. (Elman, Jeremy) (Entered: 08/14/2014) |
| 08/27/2014 | Ï 22 | ORDER granting 15 Motion to Change Venue. Signed by Judge Donald M. Middlebrooks on 8/27/2014. (yha) (Entered: 08/28/2014) |
| 08/28/2014 | Ï | Civil Case Terminated. Closing Case per 22 Order (yha) **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014–69. (Entered: 08/28/2014)** |