Frank S. Hedin (CA Bar No. 291289)
*fhedin@careyrodriguez.com*
CAREY RODRIGUEZ
O'KEEFE MILIAN GONYA, LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone:  (305) 372-7474
Facsimile:  (305) 372-7475

**Attorney for Plaintiff/Counter-Defendant**
**Rothschild Digital Media Innovations, LLC**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Jose Division)

| | |
|---|---|
| ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>Defendant. | Case No. 14-CV-3928 (PSG)<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND FED. R. CIV. P. 7.1** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Mr. Leigh Rothschild:  Financial interest in Plaintiff Rothschild Digital Media Innovations, LLC.

//
//
//
//

Dated:  October 31, 2014    By:    */s/ Frank S. Hedin*_____
                                   Frank S. Hedin (CA Bar No. 291289)
                                   *fhedin@careyrodriguez.com*
                                   CAREY RODRIGUEZ
                                   O'KEEFE MILIAN GONYA, LLP
                                   1395 Brickell Avenue, Suite 700
                                   Miami, Florida 33131
                                   Telephone: (305) 372-7474
                                   Facsimile:  (305) 372-7475

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.  I also certify that the foregoing document is being served this date on all counsel of record on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system.

                                   */s/ Frank S. Hedin*_____
                                   Frank S. Hedin (CA Bar No. 291289)

PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES AND PERSONS
Case No. 14-CV-3928 (PSG)

2

## Service List

Michael J. Curley (CA Bar No. 230343)
Michael.Curley@quarles.com
Nikia L. Gray (*pro hac vice*)
Nikia.Gray@quarles.com
QUARLES & BRADY LLP
One South Church Avenue, Suite 1700
Tucson, AZ 85701
Telephone: (520) 770-8700
Facsimile: (520) 770-2206

David R. Cross (*pro hac vice pending*)
David.Cross@quarles.com
QUARLES & BRADY, LLP
411 East Wisconsin Avenue
Milwaukee, WI 53202
Phone: (414) 277-5669

Gregory P. Sitrick (*pro hac vice*)
Gregory.Sitrick@quarles.com
QUARLES & BRADY, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Phone: (602) 229-5200

Christopher J. Fahy (*pro hac vice*)
Christopher.Fahy@quarles.com
QUARLES & BRADY LLP
300 North LaSalle Street
Suite 4000
Chicago, IL 60654
Phone: (312) 715-5000

Krista Celentano (CA Bar No. 279526)
Krista.Celentano@dlapiper.com
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 94530
Phone: (650) 833-2000

Jeremy T. Elman (CA Bar No. 223696)
Jeremy.Elman@dlapiper.com
DLA Piper LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
Phone: (305) 423-8514

Case No. 14-CV-3928 (PSG)

3