UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SONY COMPUTER ENTERTAINMENT AMERICA LLC, <br><br> Defendant. | Case No. 5:14-cv-03928-PSG <br><br> **CASE SCHEDULING ORDER** <br><br> **(Re: Docket No. 51)** |

Based on the parties' joint case management statement and the case management conference on November 18, 2014,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 120 days after entry of this order.

IT IS FURTHER ORDERED that discovery in this case will not be stayed pending claim construction; rather the parties will proceed with all discovery concurrently.

---

[1] *See* Docket No. 49.

1

Case No. 5:14-cv-03928-PSG
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the parties participate in mediation following claim construction. The parties shall contact the ADR Unit within 7 days of the *Markman* Hearing to choose the panel mediator and make the necessary arrangements.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| Event | Date |
|---|---|
| Initial Case Management Conference | November 18, 2014 |
| RDMI's Disclosure of Asserted Claims and Infringement Contentions | December 16, 2014 |
| SCEA's Disclosure of Invalidity Contentions | February 19, 2015 |
| Exchange of List of Claim Terms to Be Construed by Court | March 9, 2015 |
| Exchange of Proposed Constructions of Each Term to Be Construed | April 2, 2015 |
| Joint Claim Construction and Pre-Hearing Statement | June 4, 2015 |
| Claim Construction Discovery Deadline (including experts) | July 7, 2015 |
| Initial *Markman* Brief | July 20, 2015 |
| Opposition to *Markman* Brief | August 6, 2015 |
| Reply re *Markman* Brief | August 17, 2015 |
| *Markman* Hearing | September 2, 2015 |
| Deadline to Designate Infringement Experts | September 20, 2015 |
| Initial Expert Reports | November 20, 2015 |
| Rebuttal Expert Reports | January 8, 2016 |
| Discovery Cut-Off | February 8, 2016 |
| Deadline to File Opening Dispositive Motion | February 23, 2016 |
| Dispositive Motions Hearing | March 22, 2016 |
| Pre-Trial Conference | May 3, 2016 |
| Jury Trial | May 16, 2016 at 9:30 AM |

SO ORDERED.

Dated: November 19, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge