UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>  Defendant. | Case No. 14-cv-3928-PSG<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY |

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, the Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion for Rule 11 Sanctions ("Motion for Leave") filed by Plaintiff Rothschild Digital Media Innovations, LLC is hereby GRANTED. The sur-reply attached to the Motion for Leave is deemed filed.

**IT IS SO ORDERED.**

Dated: December 9, 2014

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge

Case No. 14-cv-3928-PSG