# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>Defendant. | Case No. 14-CV-3928 (PSG)<br><br>**STIPULATED REQUEST TO RE-SET CERTAIN SCHEDULING ORDER DATES** |

Plaintiff Rothschild Digital Media Innovations, LLC ("RDMI") and Defendant Sony Computer Entertainment America LLC ("SCEA"), through their respective counsel, hereby stipulate to re-set certain dates, and in support thereof state:

1. On November 19, 2014, the Court entered the Case Scheduling Order. (D.E. 52).

2. Pursuant to the Case Scheduling Order, on December 16, 2014, RDMI served its Disclosure of Asserted Claims and Infringement Contentions ("Infringement Contentions").

3. By agreement of the parties, RDMI served supplemental infringement contentions on February 9, 2015. The parties have further agreed to re-set the dates for SCEA to serve invalidity contentions and the parties to exchange lists of claim terms and proposed constructions as follows:

/ / /

/ / /

/ / /

/ / /

Stipulated Request To Re-Set Scheduling Order Dates            CASE NO. 5:14-CV-03928-PSG

| | **Original Case Scheduling Order Deadline** | **Proposed Deadline** |
|---|---|---|
| RDMI's Supplemental Disclosure of Asserted Claims and Infringement Contentions | | February 9, 2015 |
| SCEA's Disclosure of Invalidity Contentions | February 19, 2015 | March 19, 2015 |
| Exchange of List of Claim Terms to Be Construed by Court | March 9, 2015 | March 30, 2015 |
| Exchange of Proposed Constructions of Each Term to Be Construed | April 2, 2015 | April 22, 2015 |

4. The parties stipulate to re-set the Case Scheduling Order dates as detailed above (assuming the Court agrees). No other dates in the Case Scheduling Order will be affected.

5. This stipulated request is short, reasonable, and not made for any improper purpose.

**WHEREFORE,** the parties hereby stipulate to modify the Case Scheduling Order as set forth above.

Dated: February 19, 2015
/s/ *Krista Celentano*
Krista Celentano (*local counsel*)
Krista.celentano@dlapiper.com
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 945303-2214
Phone: (650) 833-2000
Fax: (650) 833-2001
CA Bar No. 279526
*Counsel for Defendant SCEA*

/s/ Frank Hedin
Frank S. Hedin (CA Bar No. 291289)
fhedin@careyrodriguez.com
CAREY RODRIGUEZ O'KEEFE MILIAN GONYA, LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475
*Counsel for Plaintiff RDMI*

Stipulated Request To Re-Set Scheduling Order Dates

CASE NO. 5:14-CV-03928-PSG

## ECF CERTIFICATION

I, Krista Celentano, am the ECF User whose identification and password are being used to file this **STIPULATED REQUEST TO RE-SET CERTAIN SCHEDULING ORDER DATES** in compliance with Civil Local Rule 5.1, and that concurrence in the filing of this document has been obtained from Frank Hedin, counsel for plaintiff Rothschild Digital Media Innovations, LLC on February 19, 2015.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 19, 2015           */s/ Krista Celentano*
                                                  Krista Celentano

## CERTIFICATE OF SERVICE

On February 19, 2015, a true and correct copy of the foregoing document was served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated: February 19, 2015           */s/ Krista Celentano*
                                                  Krista Celentano

Stipulated Request To Re-Set Scheduling Order Dates                    CASE NO. 5:14-CV-03928-PSG