# Exhibit 2

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| Claim 1 of U.S. Patent 6,101,534 | Primary reference: *Mages* | Secondary reference: *VEMMI* |
|---|---|---|
| An interactive, remote, computer interface system comprising: | To the extent the preamble is limiting, under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Figure 1, below, discloses an interactive remote computer interface system.<br><br><br><br>Fig. 1.<br><br>"The present invention is directed to a method of | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  |  |  |
|---|---|---|
|  | transmitting "triggering data" over a network to cause video and/or audio information data on a CD-ROM at an end-user's computer to be made readable." *Id.* at 1:29-33.<br><br>The end-user's computer 1 is connected via the Internet 6 to a host-computer server 7 which has stored thereat the uncrippling or triggering key 5 for the information stored on the end-user's CD-ROM 3." *Id.* at 5:64-67.<br><br>*See also Id.* at Abstract; Fig. 8;3:61–4:6; 4:53–5:2. |  |
| a remote server assembly, said remote server assembly including a quantity of primary site data; | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that the "end-user's computer 1 is connected via the Internet 6 to a host-computer server 7 which has stored there at the uncrippling or triggering key 5 for the information stored on the end-user's CD-ROM 3." *Id.* at 5:64–67.  Thus, Mages discloses a remote server assembly which includes a quantity of primary site data.  Mages also discloses:<br><br>"Referring to FIG. 3, there is shown the flow charts for receiving the uncrippling key.  The end-user first submits a request over the Internet for the uncrippling key |  |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | (block 60).  The user then waits for that key (block 62), and if the user is not authorized, the request is denied. If the request is authorized, then the uncrippling key is sent by the server and received by the end-user's computer (block 64), whereupon the end-user's computer directs the uncrippling key into volatile memory such as RAM, not into a RAM-disk to be visible, but saved in a dynamically allocated data structure in RAM accessible only by the receiving program, combined with crippled data read from the CD-ROM and displays the video/animation (block 68)." *Id.* at 6:6–17.<br><br>"The server conventionally provides the web pages to the Internet users (block 70), and awaits a user-request (block 72). If a request is received from an end-user's computer, the server evaluates the request (block 74) in order to authorize the transfer of the uncrippling key (block 76). If an authorization is granted, then the uncrippling, trigger key is sent (block 78)." *Id.* at 6:18–25.<br><br>*See also Id.* at Abstract; Figs. 5–7, & 9; 1:29–39; 3:62–4:6; 4:18–23; 4:35–40; 4:53–5:2; 5:64–67; | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | 6:18–25; 6:26–36; 6:46–52; 6:58–63; 7:62–8:4; 8:6–16; 8:34–43. | |
| said remote server assembly including at least one primary site address, said primary site address including at least a portion of said primary site data and being distinct so as to identify a location thereof on a computer network; | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that the "'HyperCD' 3 is provided with the URL (web page) of the designated host computer, or server, (block 14), such, as for example: http://tekweb.com/hypercd/adver/lotto.html, which may be used on the CD-ROM for the Illinois Instant Lottery video advertising." *Id.* at 6:32–36.  Thus, Mages discloses that the remote server assembly has a primary site address which is distinct so as to identify a location on a computer network.  As described in the previous limitation Mages discloses that the remote server assembly has primary site data.  Mages also discloses: "Referring to FIG. 3, there is shown the flow charts for receiving the uncrippling key.  The end-user first submits a request over the Internet for the uncrippling key (block 60).  The user then waits for that key (block 62), and if the user is not authorized, the request is denied. If the request is authorized, then the uncrippling key is sent by the server and received by the end-user's | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  |  |  |
|---|---|---|
|  | computer (block 64), whereupon the end-user's computer directs the uncrippling key into volatile memory such as RAM, not into a RAM-disk to be visible, but saved in a dynamically allocated data structure in RAM accessible only by the receiving program, combined with crippled data read from the CD-ROM and displays the video/animation (block 68)." *Id.* at 6:6–17.<br><br>"The server conventionally provides the web pages to the Internet users (block 70), and awaits a user-request (block 72). If a request is received from an end-user's computer, the server evaluates the request (block 74) in order to authorize the transfer of the uncrippling key (block 76). If an authorization is granted, then the uncrippling, trigger key is sent (block 78)." *Id.* at 6:18–25.<br><br>*See also Id.* at Abstract; Figs. 5–7, & 9; 1:29–39; 3:62–4:6; 4:18–23; 4:35–40; 4:53–5:2; 5:64–67; 6:18–25; 6:26–36; 6:46–52; 6:58–63; 7:62–8:4; 8:6–16; 8:34–43. |  |
| a local processor assembly; | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, |  |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | Mages states that the "end-user's computer 1 has a display and a CPU 9 and a communication-device, such as a modem 10 for establishing communication with the Internet 6. The computer 1 also has the CD-ROM drive 2, hard-drive 11, RAM 13, and video system 8 including monitor as well as audio system 13." *Id.* at 5:67–6:5.  Thus, Mages discloses a local processor assembly.<br><br>*See also Id.* at Abstract; Figs. 2, 5, & 8; 3:62–4:6; 4:35–40; 4:53–5:2; 5:57–63; 5:67–6:5; 7:62–8:4; 8:43–53. | |
| said local processor assembly being coupled in data transmitting and receiving communication with said remote server assembly; | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that the "end-user's computer 1 is connected via the Internet 6 to a host-computer server 7 Which has stored thereat the uncrippling or triggering key 5 for the information stored on the end-user's CD-ROM 3." *Id.* at 5:64–67.  Thus, Mages discloses the local processor assembly transmitting/receiving with the remote server assembly.  Mages also discloses:<br><br>"Referring to FIG. 3, there is shown the flow charts for receiving the uncrippling key.  The end-user first submits a request over the Internet for the uncrippling key | |

6

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  |  |  |
|---|---|---|
|  | (block 60). The user then waits for that key (block 62), and if the user is not authorized, the request is denied. If the request is authorized, then the uncrippling key is sent by the server and received by the end-user's computer (block 64), whereupon the end-user's computer directs the uncrippling key into volatile memory such as RAM, not into a RAM-disk to be visible, but saved in a dynamically allocated data structure in RAM accessible only by the receiving program, combined with crippled data read from the CD-ROM and displays the video/animation (block 68)." *Id.* at 6:6–17.<br><br>"The server conventionally provides the web pages to the Internet users (block 70), and awaits a user-request (block 72). If a request is received from an end-user's computer, the server evaluates the request (block 74) in order to authorize the transfer of the uncrippling key (block 76). If an authorization is granted, then the uncrippling, trigger key is sent (block 78)." *Id.* at 6:18–25.<br><br>*See also Id.* at Abstract; Figs. 2, 5, & 8; 3:62–4:6; 4:17–22; 4:35–40; 4:53–5:2; 6:6–18; 6:46–52; |  |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  | 6:57–63; 7:26–42; 7:62–8:4; 8:43–53. |  |
|---|---|---|
| said local processor assembly being structured to access said primary site address so as to achieve said data transmitting and receiving communication with said remote server assembly; | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that referring to "FIG. 3, there is shown the flow charts for receiving the uncrippling key.  The end-user first submits a request over the Internet for the uncrippling key (block 60).  The user then waits for that key (block 62), and if the user is not authorized, the request is denied. If the request is authorized, then the uncrippling key is sent by the server and received by the end-user's computer (block 64), whereupon the end-user's computer directs the uncrippling key into volatile memory such as RAM, not into a RAM-disk to be visible, but saved in a dynamically allocated data structure in RAM accessible only by the receiving program, combined with crippled data read from the CD-ROM and displays the video/animation (block 68)." *Id.* at 6:6–17.  Thus, Mages discloses the local processor assembly structured to access the primary site address so as to achieve transmitting/receiving with the remote server. Mages also discloses that:<br><br>"The server conventionally provides the web pages to the Internet users (block 70), and awaits a user-request (block 72). If a |  |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | request is received from an end-user's computer, the server evaluates the request (block 74) in order to authorize the transfer of the uncrippling key (block 76). If an authorization is granted, then the uncrippling, trigger key is sent (block 78)." *Id.* at 6:18–25.<br><br>*See also Id.* at Abstract; Figs. 2, 5, & 8; 3:62–4:6; 4:17–22; 4:35–40; 4:53–5:2; 6:6–18; 6:46–52; 6:57–63; 7:26–42; 7:62–8:4; 8:43–53. | |
| at least one data storage assembly associated with said local processor assembly and structured to contain a quantity of auxiliary site data thereon, said auxiliary site data being associated with said primary site data; | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation. For example, Mages states that the "The host computer then sends back to the local server serving the end-user's computer the necessary, decrippling trigger for the specific video/audio data on the end-user's CD-ROM (block 20)." *Id.* at 6:32–61. Thus, Mages discloses a data storage assembly connected to the local processor containing auxiliary site data associated with primary site data. Mages also discloses:<br><br>"FIGS. 5–7, video images and/or audio are converted from analogue to digital and stored in crippled fashion in digitized format (block 10) on CD-ROM 3. The crippling of | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | the CD-ROM is achieved by removing critical information such as the video-audio header, whereupon such video/audio data is rendered unreadable by the end-user's computer." *Id.* at 6:26–32.<br><br>"The 'HyperCD' 3 is provided with the URL (web page) of the designated host computer, or server, (block 14), such, as for example: http://tekWeb.com/hypercd/adver/lotto.html, which may be used on the CD-ROM for the Illinois Instant Lottery video advertising. Such digitized format may be existing computer memory files (block 12) that are already in binary format, or may be original files originated by recording the video and/or audio, as by a camcorder or tape, etc., and converting the analogue signals into digital, or binary, code. In the case of originating files, the analogue data may be converted to digital data using an INTEL 'Smart Video Reorder Pro', for example. The raw binary data that is stored on the 'HyperCD' (block 16) is crippled, so the only way to access the data is a socket-to-socket connection With the server of the web page of the host. By means of the process performed in block 14, the CD- | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  |  |  |
|---|---|---|
|  | ROM contains a code representing the URL Web page of the host computer where the necessary de-crippling key is located. This data on the CD-ROM 3 will automatically call up and connect the end-user's computer to the host computer's server 7 on the Internet, whereby a socket-to-socket connection is made there between (block 18). Such an automatic connection is well-known, and will automatically find the end-user's browser, will call the Internet service provider, and pass the necessary links from the CD-ROM to the browser in order to get to the host's web page. Such software is available on the 'Windows 95' operating system, such as 'ActiveX'. The host computer then sends back to the local server serving the end-user's computer the necessary, decrippling trigger for the specific video/audio data on the end-user's CD-ROM (block 20)." *Id.* at 6:32–61.<br><br>*See also Id.* at Abstract; Figs. 2, 5–8; 3:62–4:6; 4:7–16; 4:35–40; 4:45–52; 4:53–5:2; 5:57–63; 5:67–6:5; 6:26–36; 7:5–13; 7:26–42; 7:62–8:4; 8:5–16; 8:34–43. |  |
| said data storage assembly including a compact, portable | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), |  |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| and interchangeable computer readable medium; | Mages discloses this limitation.  For example, Mages states that the "raw binary data that is stored on the 'HyperCD' (block 16) is crippled, so the only way to access the data is a socket-to-socket connection with the server of the web page of the host. By means of the process performed in block 14, the CD-ROM contains a code representing the URL Web page of the host computer where the necessary de-crippling key is located." *Id.* at 6:42–49.  Thus, Mages discloses a CD which is a compact, portable and interchangeable computer readable medium associated with the local data storage assembly.  Mages also discloses:<br><br>"A method of triggering video imaging and/or audio data on a 'HyperCD' (CD-ROM) via a trigger through a network for instant local access of encrypted data on local media.  The CD-ROM contains video/audio files that have been crippled by removing the critical information thereof.  The CD-ROM also contains programs for directly and automatically connecting the end-user's computer to a targeted server (URL) a network (such as the Internet)." *Id.* at Abstract.<br><br>*See also Id.* at Abstract; Figs. 2, 5–8; 3:62–4:6; 4:7– | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | 16; 4:35–40; 4:45–52; 4:53–5:2; 5:57–63; 5:67–6:5; 6:26–36; 7:5–13; 7:26–42; 7:62–8:4; 8:5–16; 8:34–43. | |
| said compact, portable and interchangeable computer readable medium including a plurality of remotely accessible, auxiliary site addresses encoded therein, each of said remotely accessible, auxiliary site addresses including select portions of said quantity of auxiliary site data; and | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that it "is another objective of the present invention to enable server control of the local media data by providing such a 'crippled' CD-ROM with video and/or audio data thereon, whereby content by a company on the Internet may be better controlled, and whereby in conjunction with the content, video and/or audio playback may be combined with any updated, textual information, such as current price of a product or products, location of a store or stores in the vicinity of the end-user's residence, etc. Specific tracks on the CD-ROM can thereby be controlled by the remote server." *Id.* at 4:7–16. Thus, Mages discloses a compact, portable and interchangeable computer readable medium which includes remotely accessible, auxiliary site addresses each of which includes select portions of auxiliary site data. Mages also discloses:<br><br>    "FIGS. 5–7, video images and/or audio are converted from analogue to digital and stored in crippled fashion in digitized format | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | (block 10) on CD-ROM 3. The crippling of the CD-ROM is achieved by removing critical information such as the video-audio header, whereupon such video/audio data is rendered unreadable by the end-user's computer." *Id.* at 6:26–32.<br><br>"It is noted that it is possible to 'cripple' the video/audio data on the CD-ROM by other means other than deleting the header thereof. For example, the file could be made a hidden file, with the trigger data from the host computer being a command to remove the hidden status.  Alternatively, the video/audio file could have a changed extension, with the trigger data from the host computer being a command to change the extension. Moreover, the crippling of the video/audio file may be achieved by the use of ZIP file, with the trigger data from the host computer being a command to UNZIP the data. It is, also, within the scope and purview of the invention to use a floppy disk for storing the crippled file, as described above, for those applications requiring less disk-memory, with the uncrippling data from the host server being sent to the floppy-disk drive via the catcher | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  | program, as described above for uncrippling the data on the floppy disk." *Id.* at 8:5–22.<br><br>"Referring now to FIGS. 5–7, video images and/or audio are converted from analogue to digital and stored in crippled fashion in digitized format (block 10) on CD-ROM 3. The crippling of the CD-ROM is achieved by removing critical information such as the video-audio header, whereupon such video/audio data is rendered unreadable by the end-user's computer." *Id.* at 6:26–32.<br><br>"The 'HyperCD' 3 is provided with the URL (web page) of the designated host computer, or server, (block 14), such, as for example: http://tekWeb.com/hypercd/adver/lotto.html, which may be used on the CD-ROM for the Illinois Instant Lottery video advertising. Such digitized format may be existing computer memory files (block 12) that are already in binary format, or may be original files originated by recording the video and/or audio, as by a camcorder or tape, etc., and converting the analogue signals into digital, or binary, code. In the case of originating files, the analogue data may be converted to digital data using an INTEL |  |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC
Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | 'Smart Video Reorder Pro', for example. The raw binary data that is stored on the 'HyperCD' (block 16) is crippled, so the only way to access the data is a socket-to-socket connection With the server of the web page of the host. By means of the process performed in block 14, the CD-ROM contains a code representing the URL Web page of the host computer where the necessary de-crippling key is located. This data on the CD-ROM 3 will automatically call up and connect the end-user's computer to the host computer's server 7 on the Internet, whereby a socket-to-socket connection is made there between (block 18). Such an automatic connection is well-known, and will automatically find the end-user's browser, will call the Internet service provider, and pass the necessary links from the CD-ROM to the browser in order to get to the host's web page. Such software is available on the 'Windows 95' operating system, such as 'ActiveX'. The host computer then sends back to the local server serving the end-user's computer the necessary, decripling trigger for the specific video/audio data on the end-user's CD-ROM (block 20)." *Id.* at 6:32–61. | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC
Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  | *See also Id.* at Abstract; Figs. 2, 3, 5–8; 1:29–39; 3:62–4:6; 4:7–16; 4:35–40; 4:45–52; 4:53–5:2; 5:64–67; 6:6–17; 6:63–7:5; 7:26–42; 7:52–62; 7:62–8:4; 8:5–16. |  |
|---|---|---|
| said remotely accessible, auxiliary site addresses being structured to be remotely accessed by said remote server assembly so as to initiate utilization of said select portions of said quantity of auxiliary site data by said local processor assembly in conjunction with said primary site data. | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that it "is another objective of the present invention to enable server control of the local media data by providing such a 'crippled' CD-ROM with video and/or audio data thereon, whereby content by a company on the Internet may be better controlled, and whereby in conjunction with the content, video and/or audio playback may be combined with any updated, textual information, such as current price of a product or products, location of a store or stores in the vicinity of the end-user's residence, etc. Specific tracks on the CD-ROM can thereby be controlled by the remote server." *Id.* at 4:7–17.  Thus, Mages discloses the remote server accessing the auxiliary site data so as to initiate utilization of the auxiliary data in conjunction with the primary data.  Mages also discloses:

    "Encrypted files, such as the header for the crippled CD-ROM data at an end-user's | To the extent that it is contended that Mages does not disclose this element, this element is disclosed by VEMMI.  VEMMI teaches an online client-server multimedia protocol for the Internet and, more specifically, describes a remote server directing access to and use of data from a local CDROM.  *See* VEMMI at 1.

VEMMI also discloses:

    "One of the main interest of VEMMI is that it could be used on any network and low layers communications protocols, as it is fully independent of any network or transport layers. Typically, once the communication is established between the VEMMI client (usually a personal computer running a VEMMI emulator) and the VEMMI server, the multimedia VEMMI session could start." *Id.* at 3 (emphasis deleted).

    VEMMI could "be used in numerous real- |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | computer, is stored at a server associated with the Internet (block 100 in FIG. 9). This header-trigger or other file is encoded and encrypted in a conventional manner at the server (blocks 102, 104). This encoding will create a header of about 50K or less comprising all of the necessary information necessary to the video and/or audio data on the CD-ROM, as is well-known in the art. Then, the encoded data is sent to the local web server (block 36) in order to be sent out over the Internet, and then to the end-user computer. When the end-user computer requests that the trigger be downloaded, according to the process described above (block 106 of FIG. 10), the catcher program at the end-user computer receives the partial data or trigger, such as a header for the CD-ROM file (block 108)." *Id.* at 8:35–49.<br><br>"Referring to FIG. 6, at the end-user computer end, the raw analogue data of the audio/video is digitized (block 30), as explained above, and stored on CD-ROM 3 by conventional techniques. During the storage of the data on the key or critical information of the media file such as video-audio header associated with the | time multimedia applications:<br><br>• any multimedia on-line services using text, images, sounds and video (with some restrictions regarding video, see below).<br>• video data stored on a local disk or CD-ROM and whose display is controlled by the remote server online video, if the data throughput between the VEMMI client and server is sufficient…." *Id.* at 6-7 (emphasis added).<br><br>"In many multimedia applications, large data must be displayed or used: pictures, sound, moving video, data, executable programs and so on…<br><br>The transmission of these data may require a long time, even when medium speed networks [such] as ISDN are used. VEMMI allows to use [sic] and display data already stored in the user personal computer, then avoiding both the transmission delay and the associated communication cost.<br><br>Several methods may be used: |

18

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  |  |  |
|---|---|---|
|  | video/audio files will be omitted from storage on the CD-ROM, whereupon the CD-ROM is crippled, or prevented from being read for playing back the video/ audio files (block 32). The CD-ROM is provided with software for linking up the host-computer which has the necessary key 5 for uncrippling the video-audio files 4 on the CD-ROM 3, Which linking software maps or automatically directs the end-user's computer to the host server via the Internet, such linking software having all of the necessary routing information for directing the Internet connection to the host computer's server and Web page (URL) (Block 34).  The encoding of the critical information such as 'Header' trigger is achieved utilizing any conventional encoding program, such as, for example, RSA by Data Security (block 36). This encoding will create a trigger of a few bytes comprising all of the necessary information to trigger the CD-ROM, and to invoke the video and/or audio data." *Id.* at 7:5–25.<br><br>*See also Id.* at Abstract; Figs. 2, 3, 5–8; 1:29–39; 3:62–4:6; 4:7–16; 4:35–40; 4:45–52; 4:53–5:2; 5:64–67; 6:6–17; 6:63–7:5; 7:26–42; 7:52–62; | • the information provider may store some objects on a floppy disk transmitted to the user, for example along with the VEMMI client software.<br>• if huge or numerous objects must be stored, the best way is to use a CD-ROM that is for example very well suited to teleshopping applications.<br>• an [sic] middle way is to transmit the objects during the first session and to store them on the personal computer disk. It could then be used again during future sessions." *Id.* at 7 (emphasis added; ellipses in original).<br><br>"In order to allow the VEMMI application to download files without having to know in advance the system configuration (disk unit names, directory names, and so on…), the server application may refer to directories using logical names that will be translated by the client software to their equivalent names on the personal computer. For example, an application may refer to the CD-ROM drive by the logical name $CD, and the VEMMI client software will translate it to the actual CD- |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | 7:62–8:4; 8:5–16. | ROM drive unit name (F:, H:, …) according to the configuration. The user has the ability to change the logical name definition and also to restrict the application access rights (read, write,…) or the available disk space for storage for a given application." *Id.* at 8.

"[T]he application could send data to the terminal and then start a local program or process or display the data. For example, an [sic] home banking multimedia application could download the latest stock exchange data and then start a spreadsheet program to integrate the data in the user personal stock exchange sheets." *Id.* at 8.

"[L]ocal objects may be stored on the user personal computer and accessed during the VEMMI session.  For example, pictures or moving video could be send [sic] to the user on a floppy disk or CD-ROM." *Id.* (emphasis removed).

"During a VEMMI session, a continuous link is established between the client and the server using the TCP/IP virtual circuit protocol. This link will remains  [sic] up |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | | during the whole VEMMI session…." *Id.* at 9 (emphasis removed).<br><br>"[W]hen the user selects a VEMMI URL when browsing the Web, the Web browser will activate the VEMMI client software, that will call the remote VEMMI host and establish the VEMMI session." *Id.* at 13.<br><br>Furthermore, it would have been obvious to a person of ordinary skill to combine Mages with VEMMI to reach a solution encompassed by the claimed invention as detailed in section II.  In particular, both Mages and VEMMI recognize the desirability of locally storing data on a CD-ROM and a remote server directing access to that data.  Upon reading the disclosure of VEMMI, one of ordinary skill in the art would have recognized and appreciated that the host computer of Mages could access and control the specific data on the local CD-ROM as specifically provided by VEMMI.  This would have been desirable at least because, as taught by VEMMI, it would enable the server to control access to and display of locally stored data, thereby avoiding the time and costs associated with transmitting large data files. VEMMI at 7-8. |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | | Not only would this modification to Mages have been desirable, but it would have been easily accomplished by including, with or in the place of the uncrippling key of Mages, a command to access a specific data element on the local CD-ROM, as provided by VEMMI. Thus, it would have been natural and an application of nothing more than ordinary skill and common sense to combine Mages with the server control of locally stored data as provided by VEMMI. |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| Claim 6 of U.S. Patent 6,101,534 | Primary reference: *Mages* | Secondary reference(s) |
|---|---|---|
| A system as recited in claim 1 wherein said compact, portable and interchangeable computer readable medium is structured to identify an internal site address thereof relative to said local processor assembly, thereby facilitating access thereto by said remote server assembly. | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that it "is another objective of the present invention to enable server control of the local media data by providing such a 'crippled' CD-ROM with video and/or audio data thereon, whereby content by a company on the Internet may be better controlled, and whereby in conjunction with the content, video and/or audio playback may be combined with any updated, textual information, such as current price of a product or products, location of a store or stores in the vicinity of the end-user's residence, etc. Specific tracks on the CD-ROM can thereby be controlled by the remote server." *Id.* at 4:7–16.  Thus, Mages discloses a compact, portable and interchangeable computer readable medium structured to identify an internal site address thereof (e.g., specific tracks) relative to said local processor assembly.<br><br>"All of the hardware is conventional and well-known, and includes an end-user computer 1 having a CD-ROM drive 2 for playing a CD-ROM 3 having stored thereon crippled data 4 that is unreadable Without first having | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC
Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | received a trigger or uncrippling key 5. The end-user's computer 1 is connected via the Internet 6 to a host-computer server 7 which has stored thereat the uncrippling or triggering key 5 for the information stored on the end-user's CD-ROM 3." *Id.* at 5:59–67<br><br>*See also Id.* at Abstract; 3:62–4:6; 4:35–40; 4:53–5:2. | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| Claim 7 of U.S. Patent 6,101,534 | Primary reference: *Mages* | Secondary reference(s) |
|---|---|---|
| A system as recited in claim 1 wherein said compact, portable and interchangeable computer readable medium is structured to store at least one video image. | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that it "is another objective of the present invention to provide such a 'crippled' CD-ROM with video and/or audio data thereon. . ." *Id.* at 4:17–20. Thus, Mages discloses a compact, portable and interchangeable computer readable medium structured to store at least one video image.<br><br>"It is also an objective of the invention to provide a software program in the end-user computer called a "catcher" for catching the trigger data such as the file header, decoding it, and playing the file header data substantially 'on the fly', so that the video and/or audio data on the CD-ROM may be played back on the end-user's computer substantially immediately after having received the trigger data." *Id.* at 4:45–52.<br><br>"It is another objective of the present invention to provide such video imaging, with or without audio, such that the data representing the video and/or audio is | |

25

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC
Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  | accessed off the end-user's CD-ROM, with the transmitted de-crippling triggering data from the content provider's host server (URL) being a trigger as small as a few bytes." *Id.* at 4:35–40<br><br>See also, *Id.* at Abstract; Figs. 5 & 8; 1:29–39; 3:62–4:6; 4:7–17; 4:35–40; 4:53–5:2; 6:6–17; 6:26–36; 6:57–63; 7:5–13; 7:52–62; 7:62–8:4; 8:5–16; 8:34–43. |  |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| Claim 8 of U.S. Patent 6,101,534 | Primary reference: *Mages* | Secondary reference(s) |
|---|---|---|
| A system as recited in claim 1 wherein said compact, portable and interchangeable computer readable medium is structured to store at least one audio signal. | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that it "is another objective of the present invention to provide such a 'crippled' CD-ROM with video and/or audio data thereon. . ." *Id.* at 4:17–20.  Thus, Mages discloses a compact, portable and interchangeable computer readable medium structured to store at least one audio signal.<br><br>"It is also an objective of the invention to provide a software program in the end-user computer called a 'catcher' for catching the trigger data such as the file header, decoding it, and playing the file header data substantially 'on the fly', so that the video and/or audio data on the CD-ROM may be played back on the end-user's computer substantially immediately after having received the trigger data." *Id.* at 4:45–52.<br><br>"It is another objective of the present invention to provide such video imaging, with or without audio, such that the data representing the video and/or audio is | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | accessed off the end-user's CD-ROM, with the transmitted de-crippling triggering data from the content provider's host server (URL) being a trigger as small as a few bytes." *Id.* at 4:35–40<br><br>See also, *Id.* at Abstract; Figs. 5 & 8; 1:29–39; 3:62–4:6; 4:7–17; 4:35–40; 4:53–5:2; 6:6–17; 6:26–36; 6:57–63; 7:5–13; 7:52–62; 7:62–8:4; 8:5–16; 8:34–43. | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| Claim 9 of U.S. Patent 6,101,534 | Primary reference: *Mages* | Secondary reference(s) |
|---|---|---|
| A system as recited in claim 1 wherein said primary and said remotely accessible auxiliary site addresses include URL addresses accessible through an online connection. | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation. For example, Mages states that it "is another objective of the present invention to provide such video imaging, with or without audio, such that the data representing the video and/or audio is accessed off the end-user's CD-ROM, with the transmitted de-crippling triggering data from the content provider's host server (URL) being a trigger as small as a few bytes." *Id.* at 4:35–40. Thus, Mages discloses that the primary and auxiliary site addresses include URLs. Mages also discloses: <br><br> "FIG. 5 is a block diagram showing the socket-to-socket connection for transmitting the de-crippling, triggering key for causing the display of the video images and/or audio data of a "HyperCD" at the end-user's PC over the Internet from a host computer combined With a targeted URL to a recipient or end-user's computer." *Id.* at 5:31–36. <br><br> "The 'HyperCD' 3 is provided With the URL (Web page) of the designated host computer, or server, (block 14), such, as for example: http://tekWeb.com/hypercd/adver/lotto.html, Which may be used on the CD-ROM for the Illinois Instant Lottery video advertising. Such digitized format may be existing | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI")**
**(Bates Nos. SCEA054327–54350)**

|  | computer memory files (block 12) that are already in binary format, or may be original files originated by recording the video and/or audio, as by a camcorder or tape, etc., and converting the analogue signals into digital, or binary, code. In the case of originating files, the analogue data may be converted to digital data using an INTEL 'Smart Video Reorder Pro', for example. The raw binary data that is stored on the 'HyperCD' (block 16) is crippled, so the only way to access the data is a socket-to socket connection with the server of the web page of the host. By means of the process performed in block 14, the CD-ROM contains a code representing the URL web page of the host computer where the necessary de-crippling key is located. This data on the CD-ROM 3 will automatically call up and connect the end-user's computer to the host computer's server 7 on the Internet, whereby a socket-to socket connection is made there between (block 18)." *Id.* at 6:32–52.<br><br>"The CD-ROM is provided with software for linking up the host-computer which has the necessary key 5 for uncrippling the video-audio files 4 on the CD-ROM 3, which linking software maps or automatically directs the end-user's computer to the host server via the Internet, such linking software having all of the necessary routing information for directing the Internet connection to the host computer's server and web page (URL) (Block 34)." *Id.* at 7:13–19. |  |
|---|---|---|

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | *See also, Id.* at Abstract; Figs. 5–7; 3:62–4:6; 4:35–40; 6:32–52; 7:13–19. | |

31

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| Claim 21 of U.S. Patent 6,101,534 | Primary reference: *Mages* | Secondary reference(s) |
|---|---|---|
| A system as recited in claim 1 wherein said compact, portable and interchangeable computer readable medium is structured to store a plurality of operating instructions which direct an operation of said local processor assembly. | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that the "CD-ROM also contains programs for directly and automatically connecting the end-user's computer to a targeted server (URL) a network (such as the Internet)."  Abstract.  Thus, Mages teaches a compact, portable and interchangeable computer readable medium structured to store operating instructions which direct an operation of a local processor assembly.  Mages also discloses:<br><br>"In addition, the CD-ROM comprises program files for automatically dialing and connecting the end-user's computer to a targeted host's server using an operating system such as 'Windows 95'. The CD-ROM will only allow the end-user access to the video/and or audio on it by logging onto the host's server via a network such as the Internet." *Id.* at 1:33–39<br><br>"It is also an objective of the invention to provide a software program in the end-user computer called a 'catcher' for catching the | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI")**
**(Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | trigger data such as the file header, decoding it, and playing the file header data substantially 'on the fly', so that the video and/or audio data on the CD-ROM may be played back on the end-user's computer substantially immediately after having received the trigger data." *Id.* at 4:45–52.<br><br>"It is another objective of the present invention to provide such a 'crippled' CD-ROM with video and/or audio data thereon, whereby the CD-ROM is inherently provided with Internet start-up and connecting program that automatically and directly connects the end-user's computer to the company's or content provider's host server via the Internet, whereby, not only does such facilitate and encourage the connection of the end-user to the content provider's web page, but also provides the content provider with valuable marketing information, such as the physical location of the caller, whereby selected information unique to that caller may be downloaded to him over the Internet, such as name and addresses of stores of the company or advertiser nearest to the caller, etc." *Id.* at 4:18–30 | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | *See also, Id.* at Abstract; Fig. 5; 1:36–39; 3:62–4:6; 4:17–23; 4:53–5:2; 5:11–15; 6:46–52; 7:13–19; 7:39–42. | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| Claim 23 of U.S. Patent 6,101,534 | Primary reference: *Mages* | Secondary reference(s) |
|---|---|---|
| An interactive, remote, computer interface system comprising: | See the analysis above for Claim 1. | See the analysis above for Claim 1. |
| a remote server assembly, said remote server assembly including a quantity of primary site data; | See the analysis above for Claim 1. | See the analysis above for Claim 1. |
| said remote server assembly including at least one primary site address, said primary site address including at least a portion of said primary site data and being distinct so as to identify a location thereof on a computer network; | See the analysis above for Claim 1. | See the analysis above for Claim 1. |
| a local processor assembly; | See the analysis above for Claim 1. | See the analysis above for Claim 1. |
| said local processor assembly being coupled in data transmitting and receiving communication with said remote server assembly; | See the analysis above for Claim 1. | See the analysis above for Claim 1. |

Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC
Invalidity Chart for U.S. Patent No. 6,101,534

Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)

| | | |
|---|---|---|
| said local processor assembly being structured to access said primary site address so as to achieve said data transmitting and receiving communication with said remote server assembly; | See the analysis above for Claim 1. | See the analysis above for Claim 1. |
| at least one compact portable and interchangeable computer readable medium associated with said local processor assembly and structured to contain a quantity of auxiliary site data thereon, said auxiliary site data being associated with said primary site data; | See the analysis above for Claim 1. | See the analysis above for Claim 1. |
| said compact, portable and interchangeable computer readable medium being distinct from a fixed hard drive of said local processor assembly; | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that the "raw binary data that is stored on the 'HyperCD' (block 16) is crippled, so the only way to access the data is a socket-to-socket connection with the server of the web page of the host. By means of the process performed in block 14, the CD-ROM contains a code representing the URL Web page of the host computer where the necessary de-crippling key is located." *Id.* at 6:42–49. | See the analysis above for Claim 1. |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  | Thus, Mages discloses a CD which is a compact, portable and interchangeable computer readable medium distinct from a fixed hard drive.  Mages also discloses: |  |
|---|---|---|
|  | "Referring to FIG. 3, there is shown the flow charts for receiving the uncrippling key. The end-user first submits a request over the Internet for the uncrippling key (block 60). The user then waits for that key (block 62), and if the user is not authorized, the request is denied. If the request is authorized, then the uncrippling key is sent by the server and received by the end-user's computer (block 64), whereupon the end-user's computer directs the uncrippling key into volatile memory such as RAM, not into a RAM-disk to be visible, but saved in a dynamically allocated data structure in RAM accessible only by the receiving program, combined with crippled data read from the CD-ROM and displays the video/animation (block 68)." *Id.* at 6:6–18. |  |
|  | "FIG. 4 shows the process-flow that at the server side. The server conventionally provides the web pages to the Internet users (block 70), and awaits a user-request (block 72). If a request is received from an end-user's computer, the server evaluates the request (block 74) in order to authorize the transfer of the uncrippling key (block 76). If an |  |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | authorization is granted, then the uncrippling, trigger key is sent (block 78). " *Id.* at 6:18–25.<br><br>"Referring to FIG. 3, there is shown the flow charts for receiving the uncrippling key. The end-user first submits a request over the Internet for the uncrippling key (block 60). The user then waits for that key (block 62), and if the user is not authorized, the request is denied. If the request is authorized, then the uncrippling key is sent by the server and received by the end-user's computer (block 64), whereupon the end-user's computer directs the uncrippling key into volatile memory such as RAM, not into a RAM-disk to be visible, but saved in a dynamically allocated data structure in RAM accessible only by the receiving program, combined with crippled data read from the CD-ROM and displays the video/animation (block 68)." *Id.* at 6:6–18.<br><br>"A method of triggering video imaging and/or audio data on a 'HyperCD' (CD-ROM) via a trigger through a network for instant local access of encrypted data on local media.  The CD-ROM contains video/audio files that have been crippled by removing the critical information thereof. The CD-ROM also contains programs for directly and automatically connecting the end-user's computer | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC
Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  |  |  |
|---|---|---|
|  | to a targeted server (URL) a network (such as the Internet)." *Id.* at Abstract.<br><br>*See also Id.* at Abstract; Figs. 2, 5–8; 3:62–4:6; 4:7–16; 4:35–40; 4:45–52; 4:53–5:2; 5:57–63; 5:67–6:5; 6:26–36; 7:5–13; 7:26–42; 7:62–8:4; 8:5–16; 8:34–43. |  |
| said compact, portable and interchangeable computer readable medium including a plurality of remotely accessible, auxiliary site addresses encoded therein, each of said remotely accessible, auxiliary site addresses including select portions of said quantity of auxiliary site data; | See the analysis above for Claim 1. | See the analysis above for Claim 1. |
| said remotely accessible, auxiliary site addresses being structured to be remotely accessed by said remote server assembly; | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that it "is another objective of the present invention to enable server control of the local media data by providing such a 'crippled' CD-ROM with video and/or audio data thereon, whereby content by a company on the Internet may be better controlled, and whereby in conjunction with the content, video and/or audio playback may be combined with any updated, textual information, such as current price of a product or products, location of a store | See the analysis above for Claim 1. |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  |  |  |
|---|---|---|
|  | or stores in the vicinity of the end-user's residence, etc. Specific tracks on the CD-ROM can thereby be controlled by the remote server." *Id.* at 4:7–17.  Thus, Mages discloses the remote server accessing the auxiliary site data.  Mages also discloses:<br><br>"Encrypted files, such as the header for the crippled CD-ROM data at an end-user's computer, is stored at a server associated with the Internet (block 100 in FIG. 9).  This header-trigger or other file is encoded and encrypted in a conventional manner at the server (blocks 102, 104). This encoding will create a header of about 50K or less comprising all of the necessary information necessary to the video and/or audio data on the CD-ROM, as is well-known in the art. Then, the encoded data is sent to the local web server (block 36) in order to be sent out over the Internet, and then to the end-user computer. When the end-user computer requests that the trigger be downloaded, according to the process described above (block 106 of FIG. 10), the catcher program at the end-user computer receives the partial data or trigger, such as a header for the CD-ROM file (block 108)." *Id.* at 8:35–49.<br><br>"Referring to FIG. 6, at the end-user computer |  |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  |  |  |
|---|---|---|
|  | end, the raw analogue data of the audio/video is digitized (block 30), as explained above, and stored on CD-ROM 3 by conventional techniques. During the storage of the data on the key or critical information of the media file such as video-audio header associated with the video/audio files will be omitted from storage on the CD-ROM, whereupon the CD-ROM is crippled, or prevented from being read for playing back the video/ audio files (block 32). The CD-ROM is provided with software for linking up the host-computer which has the necessary key 5 for uncrippling the video-audio files 4 on the CD-ROM 3, Which linking software maps or automatically directs the end-user's computer to the host server via the Internet, such linking software having all of the necessary routing information for directing the Internet connection to the host computer's server and Web page (URL) (Block 34).  The encoding of the critical information such as 'Header' trigger is achieved utilizing any conventional encoding program, such as, for example, RSA by Data Security (block 36). This encoding will create a trigger of a few bytes comprising all of the necessary information to trigger the CD-ROM, and to invoke the video and/or audio data." *Id.* at 7:5–25. |  |

41

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC
Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | *See also Id.* at Abstract; Figs. 2, 3, 5–8; 1:29–39; 3:62–4:6; 4:7–16; 4:35–40; 4:45–52; 4:53–5:2; 5:64–67; 6:6–17; 6:63–7:5; 7:26–42; 7:52–62; 7:62–8:4; 8:5–16. | |
| said remote server assembly remotely accessing said auxiliary site data to initiate utilization of said select portions of said quantity of auxiliary site data by said local processor assembly; | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that it "is another objective of the present invention to enable server control of the local media data by providing such a 'crippled' CD-ROM with video and/or audio data thereon, whereby content by a company on the Internet may be better controlled, and whereby in conjunction with the content, video and/or audio playback may be combined with any updated, textual information, such as current price of a product or products, location of a store or stores in the vicinity of the end-user's residence, etc. Specific tracks on the CD-ROM can thereby be controlled by the remote server." *Id.* at 4:7–17.  Thus, Mages discloses remote server assembly remotely accessing said auxiliary site data to initiate utilization of said select portions of said quantity of auxiliary site data by said local processor assembly.  Mages also discloses:<br><br>"Encrypted files, such as the header for the crippled CD-ROM data at an end-user's computer, is stored at a server associated with the Internet (block 100 in FIG. 9).  This header-trigger or other file is encoded and encrypted in a | See the analysis above for Claim 1. |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | conventional manner at the server (blocks 102, 104). This encoding will create a header of about 50K or less comprising all of the necessary information necessary to the video and/or audio data on the CD-ROM, as is well-known in the art. Then, the encoded data is sent to the local web server (block 36) in order to be sent out over the Internet, and then to the end-user computer. When the end-user computer requests that the trigger be downloaded, according to the process described above (block 106 of FIG. 10), the catcher program at the end-user computer receives the partial data or trigger, such as a header for the CD-ROM file (block 108)." *Id.* at 8:35–49.<br><br>"Referring to FIG. 6, at the end-user computer end, the raw analogue data of the audio/video is digitized (block 30), as explained above, and stored on CD-ROM 3 by conventional techniques. During the storage of the data on the key or critical information of the media file such as video-audio header associated with the video/audio files will be omitted from storage on the CD-ROM, whereupon the CD-ROM is crippled, or prevented from being read for playing back the video/ audio files (block 32). The CD-ROM is provided with software for | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  |  |  |
|---|---|---|
|  | linking up the host-computer which has the necessary key 5 for uncrippling the video-audio files 4 on the CD-ROM 3, Which linking software maps or automatically directs the end-user's computer to the host server via the Internet, such linking software having all of the necessary routing information for directing the Internet connection to the host computer's server and Web page (URL) (Block 34).  The encoding of the critical information such as 'Header' trigger is achieved utilizing any conventional encoding program, such as, for example, RSA by Data Security (block 36). This encoding will create a trigger of a few bytes comprising all of the necessary information to trigger the CD-ROM, and to invoke the video and/or audio data." *Id.* at 7:5–25.  *See also Id.* at Abstract; Figs. 2, 3, 5–8; 1:29–39; 3:62–4:6; 4:7–16; 4:35–40; 4:45–52; 4:53–5:2; 5:64–67; 6:6–17; 6:63–7:5; 7:26–42; 7:52–62; 7:62–8:4; 8:5–16. |  |
| said select portions of said quantity of auxiliary site data utilized in conjunction with said primary site data; and | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that it "is another objective of the present invention to enable server control of the local media data by providing such a 'crippled' CD-ROM with video and/or audio data | See the analysis above for Claim 1. |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | thereon, whereby content by a company on the Internet may be better controlled, and whereby in conjunction with the content, video and/or audio playback may be combined with any updated, textual information, such as current price of a product or products, location of a store or stores in the vicinity of the end-user's residence, etc. Specific tracks on the CD-ROM can thereby be controlled by the remote server." *Id.* at 4:7–17.  Thus, Mages discloses select portions of said quantity of auxiliary site data utilized in conjunction with said primary site data.  Mages also discloses:<br><br>    "Encrypted files, such as the header for the crippled CD-ROM data at an end-user's computer, is stored at a server associated with the Internet (block 100 in FIG. 9).  This header-trigger or other file is encoded and encrypted in a conventional manner at the server (blocks 102, 104). This encoding will create a header of about 50K or less comprising all of the necessary information necessary to the video and/or audio data on the CD-ROM, as is well-known in the art. Then, the encoded data is sent to the local web server (block 36) in order to be sent out over the Internet, and then to the end-user computer. When the end-user computer requests that the trigger be downloaded, according to the process described above (block 106 of FIG. 10), the | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | catcher program at the end-user computer receives the partial data or trigger, such as a header for the CD-ROM file (block 108)." *Id.* at 8:35–49.<br><br>"Referring to FIG. 6, at the end-user computer end, the raw analogue data of the audio/video is digitized (block 30), as explained above, and stored on CD-ROM 3 by conventional techniques. During the storage of the data on the key or critical information of the media file such as video-audio header associated with the video/audio files will be omitted from storage on the CD-ROM, whereupon the CD-ROM is crippled, or prevented from being read for playing back the video/ audio files (block 32). The CD-ROM is provided with software for linking up the host-computer which has the necessary key 5 for uncrippling the video-audio files 4 on the CD-ROM 3, Which linking software maps or automatically directs the end-user's computer to the host server via the Internet, such linking software having all of the necessary routing information for directing the Internet connection to the host computer's server and Web page (URL) (Block 34).  The encoding of the critical information such as 'Header' trigger is achieved utilizing any conventional encoding | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  |  |  |
|---|---|---|
|  | program, such as, for example, RSA by Data Security (block 36). This encoding will create a trigger of a few bytes comprising all of the necessary information to trigger the CD-ROM, and to invoke the video and/or audio data." *Id.* at 7:5–25.<br><br>*See also Id.* at Abstract; Figs. 2, 3, 5–8; 1:29–39; 3:62–4:6; 4:7–16; 4:35–40; 4:45–52; 4:53–5:2; 5:64–67; 6:6–17; 6:63–7:5; 7:26–42; 7:52–62; 7:62–8:4; 8:5–16. |  |
| said select portions of said quantity of auxiliary site data at the auxiliary site addresses accessible only while the local processor assembly is interactively online connected to the remote server assembly. | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that in it "is another objective of the present invention to enable server control of the local media data by providing such a 'crippled' CD-ROM with video and/or audio data thereon, whereby content by a company on the Internet may be better controlled, and whereby in conjunction with the content, video and/or audio playback may be combined with any updated, textual information, such as current price of a product or products, location of a store or stores in the vicinity of the end-user's residence, etc. Specific tracks on the CD-ROM can thereby be controlled by the remote server." *Id.* at 4:7–17.  Thus, Mages discloses portions of auxiliary site data accessible only while the local processor assembly is online connected to the remote | To the extent that it is contended that Mages does not disclose this element, this element is disclosed by VEMMI.  VEMMI describes that "a continuous link is established between he client and the server."  VEMMI at 9-10.<br><br>See also the analysis above for Claim 1. |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | server assembly.  Mages also discloses:<br><br>FIG. 3, there is shown the flow charts for receiving the uncrippling key. The end-user first submits a request over the Internet for the uncrippling key (block 60). The user then waits for that key (block 62), and if the user is not authorized, the request is denied. If the request is authorized, then the uncrippling key is sent by the server and received by the end-user's computer (block 64), whereupon the end-user's computer directs the uncrippling key into volatile memory such as RAM, not into a RAM-disk to be visible, but saved in a dynamically allocated data structure in RAM accessible only by the receiving program, combined with crippled data read from the CD-ROM and displays the video/animation (block 68)." *Id.* at 6:6–18.<br><br>"FIG. 4 shows the process-flow that at the server side. The server conventionally provides the web pages to the Internet users (block 70), and awaits a user-request (block 72). If a request is received from an end-user's computer, the server evaluates the request (block 74) in order to authorize the transfer of the uncrippling key (block 76). If an authorization is granted, then the uncrippling, trigger key is sent (block 78). " *Id.* at 6:18–25. | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

|  |  |  |
|---|---|---|
|  | "However, as will be explained hereinbelow, since the key 5 is being sent via Internet 6, the end-user's computer 7 must be equipped with the requisite software which is capable of receiving data from the server 7 and which will ensure that the received encoded key 5 is placed safely in RAM 12, and not allowed to be otherwise saved in hard drive 11 where it may be captured and used in a way not authorized by the server 7." *Id.* at 6:65–7:5.<br><br>*See also Id.* at Abstract; 1:29–39; 3:62–4:6; 4:7–17; 4:35–40; 4:45–52; 4:53–5:2; 6:42–47; 6:63–7:5; 7:52–62; 8:25–33; 8:57–64. |  |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| Claim 24 of U.S. Patent 6,101,534 | Primary reference: *Mages* | Secondary reference(s) |
|---|---|---|
| An interactive, remote, computer interface system comprising: | See the analysis above for Claims 1 and 23. | See the analysis above for Claims 1 and 23. |
| a remote server assembly, said remote server assembly including a quantity of primary site data; | See the analysis above for Claims 1 and 23. | See the analysis above for Claims 1 and 23. |
| said remote server assembly including at least one primary site address, said primary site address including at least a portion of said primary site data and being distinct so as to identify a location thereof on a computer network; | See the analysis above for Claims 1 and 23. | See the analysis above for Claims 1 and 23. |
| a local processor assembly; | See the analysis above for Claims 1 and 23. | See the analysis above for Claims 1 and 23. |
| said local processor assembly being coupled in data transmitting and receiving communication with said remote server assembly; | See the analysis above for Claims 1 and 23. | See the analysis above for Claims 1 and 23. |
| said local processor assembly being structured to access said | See the analysis above for Claims 1 and 23. | See the analysis above for Claims 1 and 23. |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| primary site address so as to achieve said data transmitting and receiving communication with said remote server assembly; | | |
| at least one data storage assembly associated with said local processor assembly and structured to contain a quantity of auxiliary site data thereon, said auxiliary site data being associated with said primary site data; | See the analysis above for Claims 1 and 23. | See the analysis above for Claims 1 and 23. |
| said data storage assembly including a compact, portable and interchangeable computer readable medium; | See the analysis above for Claims 1 and 23. | See the analysis above for Claims 1 and 23. |
| said compact, portable and interchangeable computer readable medium including a plurality of remotely accessible, auxiliary site addresses encoded therein, each of said remotely accessible, auxiliary site addresses including select portions of said quantity of auxiliary site data; | See the analysis above for Claims 1 and 23. | See the analysis above for Claims 1 and 23. |
| said remotely accessible, | See the analysis above for Claims 1 and 23. | See the analysis above for Claims 1 and |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| auxiliary site addresses being structured to be remotely accessed by said remote server assembly; | | 23. |
| said remote server assembly remotely accessing said auxiliary site data to initiate utilization of said select portions of said quantity of auxiliary site data by said local processor assembly; | See the analysis above for Claims 1 and 23. | See the analysis above for Claims 1 and 23. |
| said select portions of said quantity of auxiliary site data utilized in conjunction with said primary site data; | See the analysis above for Claims 1 and 23. | See the analysis above for Claims 1 and 23. |
| said remotely accessible auxiliary site addresses being encoded so as to restrict access by said local processor assembly unless said access is directed by said remote server assembly; and | Under Plaintiff's construction of this element (as identified in Plaintiff's infringement contentions), Mages discloses this limitation.  For example, Mages states that in it "is another objective of the present invention to enable server control of the local media data by providing such a 'crippled' CD-ROM with video and/or audio data thereon, whereby content by a company on the Internet may be better controlled, and whereby in conjunction with the content, video and/or audio playback may be combined with any updated, textual information, such as current price of a product or products, location of a store or stores in the vicinity of the end-user's residence, etc. Specific tracks on the | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | CD-ROM can thereby be controlled by the remote server." *Id.* at 4:7–17.  Thus, Mages discloses remotely accessible auxiliary site addresses being encoded so as to restrict access by said local processor assembly unless said access is directed by said remote server assembly.  Mages also discloses:<br><br>FIG. 3, there is shown the flow charts for receiving the uncrippling key. The end-user first submits a request over the Internet for the uncrippling key (block 60). The user then waits for that key (block 62), and if the user is not authorized, the request is denied. If the request is authorized, then the uncrippling key is sent by the server and received by the end-user's computer (block 64), whereupon the end-user's computer directs the uncrippling key into volatile memory such as RAM, not into a RAM-disk to be visible, but saved in a dynamically allocated data structure in RAM accessible only by the receiving program, combined with crippled data read from the CD-ROM and displays the video/animation (block 68)." *Id.* at 6:6–18.<br><br>"FIG. 4 shows the process-flow that at the server side. The server conventionally provides the web pages to the Internet users (block 70), | |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI")**
**(Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| | and awaits a user-request (block 72). If a request is received from an end-user's computer, the server evaluates the request (block 74) in order to authorize the transfer of the uncrippling key (block 76). If an authorization is granted, then the uncrippling, trigger key is sent (block 78). " *Id.* at 6:18–25.<br><br>"However, as will be explained hereinbelow, since the key 5 is being sent via Internet 6, the end-user's computer 7 must be equipped with the requisite software which is capable of receiving data from the server 7 and which will ensure that the received encoded key 5 is placed safely in RAM 12, and not allowed to be otherwise saved in hard drive 11 where it may be captured and used in a way not authorized by the server 7." *Id.* at 6:65–7:5.<br><br>*See also Id.* at Abstract; 1:29–39; 3:62–4:6; 4:7–17; 4:35–40; 4:45–52; 4:53–5:2; 6:42–47; 6:63–7:5; 7:52–62; 8:25–33; 8:57–64. | |
| said select portions of said quantity of auxiliary site data at the auxiliary site addresses accessible only while the local | See the analysis above for Claim 23. | See the analysis above for Claims 1 and 23. |

**Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC**
**Invalidity Chart for U.S. Patent No. 6,101,534**

**Chart C.3: U.S. Patent No. 5,937,164 ("Mages") (Bates Nos. SCEA001832–1872) in view of "Introduction: VEMMI, an European and International Standard for Multimedia On-line Services," which is dated September 12, 1996" ("VEMMI") (Bates Nos. SCEA054327–54350)**

| | | |
|---|---|---|
| processor assembly is interactively online connected to the remote server assembly. | | |