United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROTHSCHILD DIGITAL MEDIA
INNOVATIONS, LLC,

       Plaintiff,

    v.

SONY COMPUTER ENTERTAINMENT
AMERICA LLC,

       Defendant.

Case No.  14-cv-03928-DMR

**ORDER RE REASSIGNED CASE**

    This matter has been reassigned to the undersigned for all further proceedings.  The parties shall file a joint Case Management Conference statement within 14 days of the conclusion of the proceedings before the United States Patent and Trademark Office.

    **IT IS SO ORDERED.**

Dated: June 15, 2016



Donna M. Ryu
United States Magistrate Judge