Gregory P. Sitrick (*pro hac vice*)
Gregory.sitrick@quarles.com
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004-2391
Phone: (602) 229-5200
Fax:  (602) 229-5690
AZ Bar No. 028756

Krista Celentano (*local counsel*)
Krista.celentano@dlapiper.com
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 945303-2214
Phone: (650) 833-2000
CA Bar No. 279526

Attorneys for Defendant/Counterplaintiff Sony Interactive Entertainment LLC
(See signature page for all counsel of record)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC,<br><br>                Plaintiff/Counterdefendant,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>                Defendant/Counterplaintiff. | Case No.  4:14-CV-03928-DMR<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Counterdefendant Rothschild Digital Media Innovations, LLC ("RDMI") and Defendant and Counterclaimant Sony Interactive Entertainment LLC ("SIE") (formerly known as Sony Computer Entertainment America LLC and then formally known as Sony Interactive Entertainment America LLC), by and through their attorneys, do hereby jointly move for an order approving their Stipulation of Dismissal in the above-captioned case and Judgment as follows:

1. All allegations of patent infringement that were raised or could have been raised by RDMI against SIE in the above-captioned case are dismissed with prejudice.
2. All counterclaims that were raised or could have been raised by SIE against RDMI in the above-captioned case are dismissed without prejudice.
3. RDMI and SIE shall each bear its own costs and attorneys' fees with respect to the above-captioned legal action and the entry of this Stipulation and Order of Dismissal.
4. The Court may enter an Order and Judgment adopting this Stipulation of Dismissal as an Order of the Court.

RESPECTFULLY SUBMITTED June 13, 2018,

By: */s/ Gregory P. Sitrick*

**DLA PIPER LLP (US)**
Krista A. Celentano (CA Bar No. 279526)
Krista.celentano@dlapiper.com
2000 University Avenue
East Palo Alto, CA  94303-2214
Phone:  (650) 833-2000
Fax:  (650) 833-2001

By: */s/ John C. Carey*

**CAREY RODRIGUEZ O'KEEFE MILIAN GONYA, LLP**
John C. Carey
jcarey@careyrodriguez.com
Ernesto M. Rubi
erubi@careyrodriguez.com

1

| | |
|---|---|
| **QUARLES & BRADY LLP**<br>Gregory P. Sitrick (*pro hac vice*)<br>Gregory.sitrick@quarles.com<br>One Renaissance Square<br>Two North Central Avenue<br>Phoenix, AZ  85004-2391<br>Phone:  (602) 229-5200<br><br>Michael J. Curley (CA Bar 230343)<br>michael.curley@quarles.com<br>One South Church Avenue, Suite 1700<br>Tucson, AZ  85701-1621<br>Phone:  (520) 770-8700<br><br>Nikia L. Gray (*pro hac vice*)<br>nikia.gray@quarles.com<br>1701 Pennsylvania Ave. NW, Suite 700<br>Washington, D.C., 20006<br>Phone:  (202) 372-9517<br><br>David R. Cross (*pro hac vic*e)<br>David.Cross@quarles.com<br>411 East Wisconsin Avenue<br>Milwaukee, Wisconsin 53202<br>Phone: (414) 277-5669<br><br>*Attorneys for Defendant/Counterplaintiff, Sony Interactive Entertainment LLC (formerly, Sony Computer Entertainment America LLC and Sony Interactive Entertainment America LLC)* | Frank S. Hedin (CA Bar No. 291289)<br>fhardin@careyrodriguez.com<br>1395 Brickell Avenue, Suite 700<br>Miami, FL  33131<br>Phone:  (305) 372-7474<br>Fax:  (305) 372-7475<br><br>**PUNZALAN LAW, P.C.**<br>Mark Punzalan (CA Bar No. 247599)<br>markp@punzalanlaw.com<br>600 Allerton Street, Suite 201<br>Redwood City, CA  94063<br>Phone:  (650) 362-4150<br>Fax:  (650) 362-4151<br><br>*Attorneys for Plaintiff/Counterdefendant, Rothschild Digital Media Innovations, LLC* |

**ATTORNEY ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of its signatories.

Dated: June 13, 2018                    */s/ Gregory P. Sitrick*
                                             Gregory P. Sitrick

3

STIPULATION OF DISMISSAL
Case No. 4:14-CV-03928-DMR